IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************************

UNITED STATES OF AMERICA,

                  Plaintiff,

                                  Civil No. 1:10-CV-401
   v.                                    (GTS/RFT)

$102,243.00 in U.S. Currency,

                  Defendant.

*****************************************

## JUDGMENT IN A CIVIL CASE

**WHEREAS,** by virtue of the Order Directing Entry of an Uncontested Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on July 9, 2010, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the $102,243.00 in U.S. Currency is hereby forfeited to the United States of America to be disposed of in accordance with law.

_7/13/10_
Date

Clerk

(By) Deputy Clerk

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 1 3 2010
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse